**IT IS ORDERED as set forth below:**



**Date: October 15, 2013**

_____

C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ALEXANDER ATTOH ARMAH | : | CASE NUMBER A11-61750-CRM |
| TINA MICHELLE ARMAH | : | |
|     DEBTORS | : | JUDGE MULLINS |

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS

On October 8, 2013 at 2:30 p.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the Debtors' failure to make Chapter 13 plan payments thus causing a delinquency in said plan.  It further appears to the Court that the Debtors through counsel, agreed at the call of the Court's calendar, to a payment arrangement on a strict compliance basis.  For cause shown, **IT IS HEREBY**

**ORDERED**, that the Debtors shall resume monthly payments to the Chapter 13 Trustee immediately and shall make all future payments in a timely manner until the Chapter 13 Plan is completed.  Debtors shall strictly comply with the terms of this Order, and **IT IS FURTHER**

**ORDERED** that should Debtors fail to make any payment due pursuant to the Plan on a timely basis for twenty four (24) months following entry of this Order, then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.

The Clerk of the Court is directed to serve notice of this Order to the Debtors, Debtors' attorney, and the Chapter 13 Trustee.

### END OF DOCUMENT

CONSENTED TO BY:

| | |
|---|---|
| ____/s/_____ | ____/s/_____ |
| Maria J. Kirtland | Jennifer M. Hunter |
| Attorney for Chapter 13 Trustee | Attorney for Debtors |
| GA Bar Number 118350 | GA Bar No. 111585 |
| 303 Peachtree Center Ave., NE | Hunter Law, LLC |
| Suite 120 | Building 400, Suite 300 |
| Atlanta, GA  30303 | 3235 Satellite Boulevard |
| (678) 992 - 1201 | Duluth, GA 30096 |
| | *Signed by Maria J. Kirtland with express permission* |